UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 00-485
00-845 JMR/RLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| v. | ) | **ORDER** |
| TINA STOCKER, | ) | |
| Defendant. | ) | |

Based upon the motion and affidavit of the United States, the default judgment entered on June 5, 2000 is hereby vacated.

IT IS SO ORDERED.

Dated: June 26th, 2000

United States District Court

JUN 27 2000
FILED
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK